ACCEPTED
03-15-00376-CV
7412801
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 1:58:10 PM
JEFFREY D. KYLE
CLERK

## SNEED, VINE & PERRY

**A PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**
**ESTABLISHED 1926**

**1104 CHURCH STREET**
**GEORGETOWN, TEXAS 78626**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/16/2015 1:58:10 PM

TELEPHONE (512) 930-9775

TELECOPIER (512) 819-5707
Clerk

Writer's e-mail address: cstanley@sneedvine.com

October 16, 2015

Mr. Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re:     Cause No. 03-15-00376-CV;

*Delores Galvan, Appellant,*
*v.*
*Robert Leak and Zebra Instruments Corporation, Appellee*

Dear Mr. Kyle:

I received Mr. Ogle's Third Motion for Extension of Time on October 14, 2015, as evidenced by the facsimile date stamp on his fax transmission. According to the Court's website, it was filed the day before and granted on the day we received service.

Mr. Ogle's Certificate of Conference represents that he attempted to contact this office on October 13. I certainly did not receive a call from him, and I was in the office all day on October 13. Our phone system has a logging system for all incoming and outgoing calls, and his number of record does not appear in the log for October 13. In summary, we have serious questions as to whether his certificate is true.

I do not ask that this matter be put in front of the Court for review, thus this letter. I do, however, ask that we be given an opportunity to respond prior to granting any subsequent motions to extend time, as they will be opposed. We did not object to the first two requests as a matter of professional courtesy, but we would have objected to the third and will object to subsequent requests for more time. Appellant's brief was originally due back in August.

Mr. Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Cause No. 03-15-00376-CV
October 16, 2015
Page 2

Thank you for your assistance.

Sincerely,

SNEED, VINE & PERRY, P.C.

By: Christopher Stanley
For the Firm

cc:     Client

Mr. Scott Ogle                BY E-MAIL ONLY: SOGLELAW@PEOPLEPC.COM